# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 11, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2382 | CHRISTOPHER MANHART, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>WESPAC FOUNDATION INC., et al.,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-08209<br>Northern District of Illinois, Eastern Division<br>District Judge Mary M. Rowland | |

　　A review of the short record reveals that this appeal involves more than one appellee represented by different counsel. Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief. Redundant and uncoordinated briefing will be stricken and may result in disciplinary sanctions. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).