# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 12, 2025

*By the Court:*

| No. 25-2382 | CHRISTOPHER MANHART, individually and on behalf of all others similarly situated,<br>    Plaintiff - Appellant<br><br>v.<br><br>WESPAC FOUNDATION INC., et al.,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-08209<br>Northern District of Illinois, Eastern Division<br>District Judge Mary M. Rowland ||

A preliminary review of the short record suggests that the district court has not entered a judgment under Rule 58 of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED** that both appellant and appellees shall file, on or before August 19, 2025, a statement advising the court whether they will request in the district court that judgment be set out in a separate document. *See* Fed. R. Civ. P. 58(d).

form name: **c7_Order_BTC** (form ID: **178**)