# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 15, 2025

Before
ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 25-2382 | CHRISTOPHER MANHART, individually and on behalf of all others similarly situated, <br>   Plaintiff - Appellant <br><br> v. <br><br> WESPAC FOUNDATION INC., et al., <br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-08209 <br> Northern District of Illinois, Eastern Division <br> District Judge Mary M. Rowland ||

Upon consideration of the **MOTION OF THE MANHATTAN INSTITUTE AND TAL FORTGANG FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL**, filed on October 13, 2025, by counsel for the Manhattan Institute and Tal Fortgang,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the Manhattan Institute and Tal Fortgang may file, on or before October 20, 2025, an amicus curiae brief that complies with this court's rules. Specifically, the brief must contain a disclosure statement for the attorney listed on the cover of the brief. *See* Fed. R. App. P. 26.1, 29(a)(4)(A); Cir. R. 26.1. No other changes will be permitted.

form name: **c7_Order_3J**     (form ID: **177**)