No. 25-2382

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

CHRISTOPHER MANHART, individually and on behalf of
all others similarly situated,
*Plaintiff-Appellant,*

v.

WESPAC FOUNDATION INC., *et al.*,
*Defendants-Appellees.*

Appeal from the U.S. District Court for the
Northern District of Illinois, Eastern Division, No. 1:24-cv-08209 (Rowland, J.)

## DEFENDANTS-APPELLEES' JOINT
## SECOND AMENDED JURISDICTIONAL STATEMENT

Pursuant to this Court's January 13, 2026 Order (Dkt. 67), Defendants-Appellees WESPAC Foundation Inc. ("WESPAC"), National Students for Justice in Palestine ("NSJP"), Jewish Voice for Peace ("JVP"), Tides Center d/b/a Community Justice Exchange ("Tides Center"), Dissenters, Jinan Chehade, Superior Murphy, Rifqa Falaneh, and Simone Tucker (collectively, "Defendants") submit this Joint Second Amended Jurisdictional Statement:

Plaintiff-Appellant's jurisdictional statement is not complete and correct. *See* 7th Cir. R. 28(b).

***District Court Jurisdiction***. The district court had subject-matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C.

§ 1332(d). R.1; A45–81 ("SAC").[1] As required by CAFA, (i) the proposed class consists of at least 100 members (*see* SAC ¶ 83(a)); (ii) there is diversity between at least one of the Defendants and at least one class member because Plaintiff is domiciled in, resides in, and is a citizen of Indiana (*see id.* ¶¶ 6, 12), whereas Tides Center has its principal place of business in San Francisco, California, is incorporated in California, and therefore is a citizen of California (*id.* ¶ 17); and (iii) the aggregate amount in controvery exceeds $5,000,000, exclusive of interest and costs (*id.* ¶ 10; A48, A66). *See* 28 U.S.C. § 1332(d).

Some Defendants have argued that the district court lacked Article III jurisdiction because Plaintiff did not sufficiently plead a concrete harm traceable to their conduct. *See* R.74, R.75, R.79, R.80; Dkts. 50–54. In addition, Tides Center, WESPAC, and NSJP have argued that the district court lacked personal jurisdiction over them. *See* R.74 at 1–2, R.79 at 2–4, R.80 at 1–2; Dkts. 51, 52, 53.

***Appellate Jurisdiction***. On August 7, 2025, the district court issued a minute entry (A41) and memorandum opinion and order (A1–40) dismissing all claims in Plaintiff's second amended complaint with prejudice.[2] On August 8, 2025, Plaintiff timely filed a notice of appeal. A42–44. This Court has jurisdiction under 28 U.S.C. § 1291.

---

[1] Defendants cite the electronic record on appeal as "R." followed by document and page number; Plaintiff's appendices (Dkts. 22, 23) as "A"; and the docket in this Court as "Dkt."

[2] The district court also awarded sanctions, *see* A40, A41, but its sanctions ruling is not yet final and appealable until the amount of sanctions is determined. The issue of sanctions therefore remains with the district court while this appeal proceeds in this Court.

Dated: January 20, 2026

By: /s/ Robert L. Herbst
Robert L. Herbst
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(914) 450-8163
rherbst@herbstlawny.com

*Counsel for Defendant-Appellee WESPAC Foundation Inc.*

By: /s/ Nora Snyder
Nora Snyder
Brad Thomson
PEOPLE'S LAW OFFICE
1180 North Milwaukee Avenue
Chicago, IL 60642
(773) 235-0070
norasnyder@peopleslawoffice.com
brad@peopleslawoffice.com

Dan Stormer
Hanna Chandoo
Bina Ahmad
Hadsell Stormer Renick & Dai, LLP
128 North Fair Oaks Avenue
Pasadena, CA 91103
(626) 585-9600
dstormer@hadsellstormer.com
hchandoo@hadsellstormer.com
bahmad@hadsellstormer.com

*Counsel for Defendant-Appellee Jewish Voice for Peace*

Respectfully submitted,

By: /s/ Andrianna D. Kastanek
Andrianna D. Kastanek
Precious S. Jacobs-Perry
Ali I. Alsarraf
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
akastanek@jenner.com
pjacobs-perry@jenner.com
aalsarraf@jenner.com

*Counsel for Defendant-Appellee Tides Center*

By: /s/ Joshua G. Herman
Joshua G. Herman
LAW OFFICE OF JOSHUA G. HERMAN
53 West Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

*Counsel for Defendant-Appellee National Students for Justice in Palestine*

By: /s/ Amanda S. Yarusso
Amanda S. Yarusso
1180 North Milwaukee Avenue
Chicago, IL 60642
(773) 510-6198
amanda.yarusso@gmail.com

*Counsel for Defendants-Appellees Jinan Chehade, Superior Murphy, Rifqah Falaneh, Simone Tucker, and Dissenters*

## CERTIFICATE OF SERVICE

I, Andrianna D. Kastanek, an attorney, hereby certify that on January 20, 2026, I caused **Defendants-Appellees' Joint Second Amended Jurisdictional Statement** to be electronically filed with the Clerk of the Court for the United States Court Of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Andrianna D. Kastanek
Andrianna D. Kastanek