# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 9, 2026

Before
FRANK H. EASTERBROOK, *Circuit Judge*
KENNETH F. RIPPLE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 25-2382 | CHRISTOPHER MANHART, individually and on behalf of all others similarly situated,<br>Plaintiff - Appellant<br><br>v.<br><br>WESPAC FOUNDATION INC., et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-08209<br>Northern District of Illinois, Eastern Division<br>District Judge Mary M. Rowland |

The court directs all parties to file supplemental memoranda addressing the existence of subject-matter jurisdiction under 28 U.S.C. §1332(d). The memoranda should address both numerosity and the amount in controversy. Plaintiff may elect to amend the complaint under 28 U.S.C. §1653; plaintiff's memorandum should address the legal effect of any additions or changes.

These filings are due within 14 days.

form name: **c7_Order_3J**     (form ID: **177**)